**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**2014 Tulare Street, Suite 600**
**Fresno, California 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant JOSE BRAVO-PERALTA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:19-CR-00224-DAD-BAM |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND PROPOSED ORDER** |
| JOSE BRAVO-PERALTA, | Date: December 9, 2019 |
| Defendant. | Time: 1:00 p.m. |
| | Court: Hon. Barbara A. McAuliffe |

# STIPULATION

The defendant, JOSE BRAVO-PERALTA, by and through his counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney Laura Withers, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on December 9, 2019, at 1:00 p.m.

-1-

2. By this stipulation, the defendant now moves to continue the status conference hearing until February 10, 2020, and to exclude time between December 9, 2019, and February 10, 2020, under 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv).

3. The parties agree and stipulate, and request the Court find the following:

    a. Defense counsel for Mr. Bravo-Peralta was appointed on November 21, 2019 and is still in the process of reviewing discovery and conducting investigation.

    b. Additionally, defense counsel for Mr. Bravo-Peralta, will be out of the county on December 9, 2019, and unavailable to appear for the currently scheduled status conference hearing.

    c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d. For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq. within which trial must commence, the time period of December 9, 2019, to February 10, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate the additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 4, 2019
                                                 /s/ SERITA RIOS

                                _____
                                **Serita Rios**
                                Attorney for Defendant

Dated: December 4, 2019

                                /s/ LAURA WITHERS
                                _____
                                **Laura Withers**
                                Assistant United States Attorney

---

## **ORDER**

IT IS SO ORDERED that the 1st Status Conference is continued from December 9, 2019 to February 10, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv).

IT IS SO ORDERED.

Dated:   **December 6, 2019**          /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE