IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE BRAVO-PERALTA

    Defendant.

CR NO: 1:19-CR-00224-DAD

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Jose Bravo-Peralta |
| Detained at | San Bernardino County West Valley Detention Center |

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 8 USC 1326(a)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Laura D. Withers |
| Printed Name & Phone No: | Laura D. Withers    559-967-5480 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 1/22/2020

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | PERALTA, Jose; BRAVO, Jose | ☒ Male ☐ Female | |
| Booking or CDC #: | | DOB: | 02/07/1976 |
| Facility Address: | 9500 Etiwanda, Rancho Cucamonga, CA | Race: | W/H |
| Facility Phone: | 909-463-5017 | FBI#: | 523914TB1 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

                      (signature)